### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF OKLAHOMA

KATHERINE BLEVINS,

            Plaintiff,

vs.

PUBLIC SERVICE COMPANY OF OKLAHOMA, et al.,

            Defendant.

Case No. 19-CV-528-JED-FHM

### **OPINION AND ORDER**

Defendant's Motion to Compel, [Dkt. 15], is before the undersigned United States Magistrate Judge for decision.

Defendant served discovery requests on Plaintiff on July 22, 2020. By agreement, the time for serving answers to those requests was extended to August 28, 2020. Following a meet and confer in which Plaintiff was unable to provide a date by which time the discovery would be answered, the instant motion was filed on September 8, 2020. On September 29, 2020 Plaintiff requested an additional 7 days in which to respond and represented that response to discovery would be forthcoming by that date. [Dkt. 16]. The extension of time was granted, but Plaintiff did not file a response brief and did not serve answers to discovery withing the 7 days. Defendant's Reply Brief represents that, as of October 14, 2020, Plaintiff has not served responses to Defendant's outstanding discovery requests.

Defendant's Motion to Compel, [Dkt. 15], is GRANTED. Substantive responses to Defendant's discovery requests which were served on July 22, 2020 are due on or before October 30, 2020. Plaintiff is advised that failure to timely comply with this order may result

in the imposition of sanctions as provided in Fed.R.Civ.P. 37(b), and may include dismissal of this case.

    SO ORDERED this 19th day of October, 2020.

*Frank H. McCarthy*
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE